**United States District Court**
**Southern District of New York**

========================================x
United States

V.

Lin Fei Zhang

========================================x

Dkt # S1 18 CR 396(AJN)

**ORDER**

It is ordered that the case in the above caption is unsealed.

Dated: May 17, 2021
New York, New York

*[signature]*

Hon. Alison J. Nathan,
United States District Judge

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/18/2021