UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :    ORDER OF RESTITUTION
:
         -v.-                      :    S1 18 Cr. 396 (AJN)
:
LIN FEI ZHANG,                     :
:
                Defendant.         :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Ryan B. Finkel, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on the above Information; and all other proceedings in this case, it is hereby ORDERED that LIN FEI ZHANG, the Defendant, shall pay restitution in the total amount of $6,421,989 to the victims of the offenses charged in Counts One to Three:

| Name | Address | Amount of Restitution |
|---|---|---|
| NYC Dep't of Finance Office of the Sheriff Tobacco Tax Unit | 30-10 Starr Avenue, 2nd Floor Long Island City, NY 11101 | $1,404,225.00 |
| NYS Department of Taxation and Finance | 15 Metro Tech, 2nd Floor Brooklyn, NY 11201 ATTN: Agnes Francis | $4,072,252.50 |

| | | |
|---|---|---|
| US Customs and Border Protection | Internal Revenue Service Restitution Department MPU Stop 151 PO BOX 47-421 Doraville, GA 30362 | $945,511.50 |
| **TOTAL** | | **$6,421,989.00** |

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

The defendant is jointly and severally liable for the above-restitution along with his co-defendant, Jing Don.

Dated: New York, New York
May 17, 2021

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE