UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

CASE NO. *18-CR-396*

- v -

LIN FEI ZHANG

------------------------------------------------------------

This application for the return of the defendant's passport and the defendant's children, Joanna Zhang and Nicole Zhang's passport, and exonerating the bond secured by defendant's property having come before the Court on the application of Paul A. Goldberger, Esq., counsel for the defendant; and

**IT IS NOW HEREBY ORDERED** that Pretrial Services return the defendant's passports and his children, passports to the defendant, Jing Dong and the bond is exonerated.

SO ORDERED

_____
Allison J. Nathan, U.S.D.J.